UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY HARRIS,

      Plaintiff,                             Case No. 17-cv-11610
                                              Hon. Matthew F. Leitman
v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this date, it is

ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is

GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the

Commissioner's decision is AFFIRMED. This case is hereby DISMISSED in its

entirety with prejudice.

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
                             UNITED STATES DISTRICT JUDGE

Dated: July 10, 2018

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 10, 2018, by electronic means and/or ordinary mail.

                             s/Holly A. Monda
                             Case Manager
                             (810) 341-9764